# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# (KANSAS CITY DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-cr-20072-JAR-TJJ |
| ) | |
| ERICA J. ROBERSON, ) | |
| ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney for the District of Kansas charges:

## COUNT ONE

Beginning from on or about August 26, 2016, and continuing until on or about April 2, 2019, in the District of Kansas, the defendant,

**ERICA J. ROBERSON,**

who was an employee of an insured bank, that is, US Bank, embezzled more than $1,000 that was owned and entrusted to the care and custody of the bank.

This was in violation of Title 18, United States Code, Section 656.

STEPHEN R. MCALLISTER
United States Attorney
District of Kansas


<u>s/ D. Christopher Oakley #19248</u>
D. Christopher Oakley
Assistant United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
(913) 551-6730
(913) 551-6541 (fax)
Chris.oakley@usdoj.gov
Ks. S. Ct. No. 19248

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

**PENALTIES**

**Count 1:**     **18 U.S.C. Sec. 656**
Class B Felony

NMT 30 years imprisonment;
NMT $1,000,000 fine and costs of prosecution
NMT 5 year supervised release
$100 mandatory special assessment
Order of restitution